UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO: 16-00020-01 |
| VERSUS | JUDGE DONALD E. WALTER |
| CHARLES E. SPANN (01) | MAG. JUDGE WHITEHURST |

## ORDER

Defendant Charles E. Spann (01) has filed a Motion to Vacate Under 28 U.S.C. §2255 [Doc. #146]. Therein, Defendant Spann acknowledges that this matter is currently pending on direct appeal to the United States Court of Appeals for the Fifth Circuit. *See* Doc. #146, p. 5 n. 1; *see also* Doc. #110. A motion to vacate under § 2255 is "not entitled to consideration on the merits" when the direct appeal remains pending. *Jones v. United States*, 453 F.2d 351, 352 (5th Cir. 1972). In light thereof, the instant motion [Doc. #146] is hereby **DISMISSED WITHOUT PREJUDICE** as premature. *See United States v. Zuniga–Salinas*, 945 F.2d 1302, 1306 n.1 (5th Cir. 1991).

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 31st day of March, 2017.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE